IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO MANUEL MENDOZA LOPEZ,<br><br>    Petitioner,<br><br>    v.<br><br>JANET NAPOLITANO, et al.,<br><br>    Respondents.<br>_____/ | 1:12-cv-1750-MJS (HC)<br><br>ORDER GRANTING RESPONDENTS' REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSE<br><br>(Doc. 13)<br><br>DEADLINE: JANUARY 22, 2013 |

Petitioner is a federal prisoner proceeding in a habeas corpus action pursuant to 28 U.S.C. § 2241, and is represented by counsel. On January 13, 2013, the parties filed a stipulation for an extension of time for Respondents to file a response to the petition. Good cause having been presented to the court, IT IS HEREBY ORDERED that:

Respondents are granted up to and including January 22, 2013 from the date of service of this order in which to file a response.

IT IS SO ORDERED.

Dated:   January 15, 2013              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE