BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERARDO MANUEL MENDOZA LOPEZ,<br><br>    Petitioner,<br><br>v.<br><br>Janet Napolitano, Secretary of Homeland Security, et al.<br><br>    Respondents. | No. 1:12-cv-1750 MJS<br><br>JOINT STIPULATION AND ORDER RE: SECOND EXTENSION OF TIME IN WHICH TO RESPOND TO THE ORDER TO SHOW CAUSE |

　　This is an immigration habeas case in which Petitioner has filed to challenge his detention by U.S. Immigration and Customs Enforcement (ICE). On November 9, 2012, the Court issued an order requiring Respondents to respond to the Petition. The parties now stipulate to a second extension of time for the government's response to that Order, as the parties continue to attempt to reach a satisfactory resolution to the matter at the administrative level. Specifically, Petitioner has filed a U-visa application; should that application be successful, it is expected he would be released from custody.

　　Accordingly, the parties stipulate to a 14-day extension of time for the government to file its answer to the Order to Show Cause, until February 5, 2013.

-1-

Dated: January 18, 2013

BENJAMIN B. WAGNER
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Respondents

//s/ Kevin Crabtree
Kevin Crabtree
Attorney for the Petitioner

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the time for filing the government's response to the Order to Show Cause is extended to February 5, 2013.

IT IS SO ORDERED.

Dated:   January 22, 2013          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE