BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO MANUEL MENDOZA LOPEZ, (A# 70-551-146)<br><br>Petitioner,<br><br>v.<br><br>Janet Napolitano, et al.,<br><br>Respondents. | Case No. 1:12-cv-1750 MJS<br><br>STIPULATION AND ORDER RE: AMENDED JUDGMENT |

The parties respectfully request that the Court amend its March 17, 2014, order pursuant to Rule 59(e) of the Federal Rules of Civil Procedure and this stipulation. The Court ordered that Respondents provide Petitioner with a bond hearing within 30 days. On March 26, 2014, Petitioner was released from immigration custody, without a bond hearing, on an order of supervision. Because Petitioner has been released, the parties agree that there is no need for a bond hearing at this time and request that the Court's Order be amended to include the alternative that Petitioner be released without a bond hearing.

The parties further stipulate and request that the Order be amended to include that in the event the current order of supervision is revoked and Petitioner is redetained by Immigration and

Customs Enforcement under the reinstated removal order before judicial review of that removal order is concluded (9th Cir. No. 12-74084), Respondents agree to grant Petitioner a bond hearing within 15 days of detention.

DATED this 14th day of April, 2014.

                                                                    Respectfully Submitted,

By:    /s/ Audrey B. Hemesath
         Audrey B. Hemesath
         Assistant United States Attorney

By:    /s/ Kevin Michael Crabtree
         Kevin Michael Crabtree
         Attorney for the Petitioner

## ORDER

Pursuant to the foregoing stipulation, the Court's March 17, 2014 Order is amended to include the possibility of release from immigration detention without a bond hearing, and the provision that in the event Petitioner is redetained under the reinstated removal order and before Ninth Circuit review is concluded, Respondents agree to grant a bond hearing within 15 days.

IT IS SO ORDERED.

Dated:   April 21, 2014                    /s/ *Michael J. Seng*
                                                         UNITED STATES MAGISTRATE JUDGE