1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

17

18

**GERARDO MANUEL MENDOZA LOPEZ,**

                              Petitioner,

        **v.**

**JANET NAPOLITANO, et al.,**

                              Respondents.

**Case No. 1:12-cv-01750 MJS (HC)**

**ORDER CLOSING CASE**

19

20

21

22

23

24

25

26

27

28

        On March 18, 2014, the Court granted in part Petitioner's petition for writ of habeas corpus, and ordered Respondent to provide Petitioner with an individualized bond hearing before an immigration judge consistent with 8 U.S.C. § 1226(a) within thirty (30) days. On April 22, 2014, upon the stipulation of the parties, and in light of Petitioner's release from immigration custody, the Court amended the judgment to allow for Petitioner's release from detention without a bond hearing and to ensure Petitioner a bond hearing if detention is reinstated. Having granted Petitioner the relief requested, no issues remain for adjudication. Accordingly, the matter is hereby ordered CLOSED.

///

1

1

## ORDER

2      Accordingly, IT IS HEREBY ORDERED that:

3          1.      The instant matter is hereby CLOSED; and

4          2.      The Clerk of Court is DIRECTED to enter judgment.

5

IT IS SO ORDERED.

6

7      Dated:    April 24, 2014                    /s/ *Michael J. Seng*

8                                         UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28