BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

GERARDO MANUEL MENDOZA LOPEZ, (A# 70-551-146)

Petitioner,

v.

Jeh Johnson, et al.,

Respondents.

Case No. 1:12-cv-1750 MJS

STIPULATION AND ORDER RE: EXTENSION OF TIME AND RESETTING OF MOTION HEARING

On June 12, 2014, Petitioner filed a motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, with a hearing on the motion set for July 11, 2014. On June 20, 2014, the government filed a Notice of Appeal. Accordingly, the parties stipulate to a continuance of petitioner's Motion, as the decision of the district court is not yet final under 28 U.S.C. § 2412(d)(1)(B). The parties agree to continue the motion hearing date to October 17, 2014; the government will file its opposition by October 3, 2014. If the decision of the district

court is not yet final by October 3, 2014, the parties will instead file a status report on that date.

DATED this 20th day of June, 2014.

Respectfully Submitted,

By: /s/ Audrey B. Hemesath
Audrey B. Hemesath
Assistant United States Attorney

By: /s/ Kevin Michael Crabtree
Kevin Michael Crabtree
Attorney for the Petitioner

ORDER

Good cause appearing, the above Stipulation is accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated: June 23, 2014

/s/ Michael J. Seng
UNITED STATES MAGISTRATE JUDGE