BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (915) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO MANUEL MENDOZA LOPEZ, (A# 70-551-146)<br><br>Petitioner,<br><br>v.<br><br>Jeh Johnson, et al.,<br><br>Respondents. | Case No. 1:12-cv-1750 MJS<br><br>ORDER REGARDING STATUS REPORT |

This Court previously granted a continuance of the hearing date on Petitioner's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act. ECF No. 37. The decision of the district court is not yet final; the Ninth Circuit granted the government's request for a streamlined extension of time. Ninth Circuit docket no. 14-16196. The parties accordingly stipulate to an additional continuance of the motion hearing date, until January 23, 2015; the government will file its opposition by January 9, 2015. If the decision of the district court is not yet final by January 9, 2015, the parties will instead file a status report on that date.

September 30, 2014

                                  Respectfully Submitted,

                            By:    /s/ Audrey B. Hemesath
                                       Audrey B. Hemesath
                                       Assistant United States Attorney

                            By:    /s/ Kevin Michael Crabtree
                                       Kevin Michael Crabtree
                                       Attorney for the Petitioner

                                  ORDER

IT IS SO ORDERED.

    Dated:   October 6, 2014                  /s/ *Michael J. Seng*
                                                         UNITED STATES MAGISTRATE JUDGE