BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO MANUEL MENDOZA LOPEZ, (A# 70-551-146)<br><br>Petitioner,<br><br>v.<br><br>Janet Napolitano, et al.,<br><br>Respondents. | Case No. 1:12-cv-1750 MJS<br><br>STIPULATION AND ORDER RE: DISMISSAL |

The parties have settled the pending motion for fees and costs pursuant to the Equal Access to Justice Act. Immigration and Customs Enforcement agrees to pay a total of $5,800 to Petitioner to settle the claim. Petitioner accordingly withdraws his motion. No other matters are pending before this Court.

DATED this 18th day of December, 2014.

                                                      Respectfully Submitted,

                                       By:    /s/ Audrey B. Hemesath
                                                      Audrey B. Hemesath
                                                      Assistant United States Attorney

By:   /s/ Kevin Michael Crabtree
Kevin Michael Crabtree
Attorney for the Petitioner

ORDER

Pursuant to the foregoing stipulation, petitioner withdraws his motion for fees and costs pursuant to the Equal Access to Justice Act.  The hearing scheduled for January 23, 2015 is vacated.  The Case has already been ordered closed and no other matters are currently pending.

IT IS SO ORDERED.

Dated:   December 19, 2014             /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE